## EPLER v. BOLTON *et al.*

No. 4395.   Opinion Filed April 27, 1915.

**APPEAL AND ERROR—Failure to File Brief—Affirmance. When** plaintiff in error has filed no brief, as required by rule 7 of this court (38 Okla. vi. 137 Pac. ix), the judgment of the trial court will be affirmed.

(Syllabus by Dudley, C.)

*Error from Superior Court, Tulsa County.*

*M. A. Breckenridge, Judge.*

Action by William Epler against W. R. Bolton and others. Judgment for defendants, and plaintiff brings error. Affirmed.

*Dillard & Blake,* for plaintiff in error.

*Biddison & Campbell,* for defendants in error.

DUDLEY, C.   The petition in error and the transcript of the record in this case was filed in this court on September 26, 1912.   Neither party has filed a brief, nor have they offered any

excuse for the failure to do so. It is evident that the proceedings have been abandoned. The judgment of the trial court should therefore be affirmed, under rule 7 of this court (38 Okla. vi, 137 Pac. ix). *Nicholson v. Barnes*, 42 Okla. 250, 140 Pac. 1155.

By the Court: It is so ordered.